IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTONIO HAYWARD | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| BOROUGH OF SHARON HILL, et al. | : | NO. 13-825 |
| *Defendants*. | : | |

# O R D E R

**AND NOW**, this 24th day of October, 2013, upon consideration of Defendant the Borough of Sharon Hill's Motion to Dismiss (Docket No. 15) and Plaintiff's Opposition thereto (Docket No. 20), it is hereby **ORDERED** that Defendant's Motion is **GRANTED in part**, and **DENIED in part** as follows:

1. Defendant's Motion is **GRANTED** as to Count III only regarding Plaintiff's allegations of procedural due process violations, and those allegations are **DISMISSED with prejudice**.

2. By Consent of Plaintiff, Defendant's Motion is **GRANTED** as to Count V, and Count V is **DISMISSED without prejudice**.

3. By Consent of Plaintiff, Defendant's Motion is **GRANTED** as to Count VI, and Count VI is **DISMISSED with prejudice**.

4. The remainder of Defendant's Motion is **DENIED.**

5. Plaintiffs may file an amended complaint no later than 14 days from the date of this order.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE